IN THE MATTER OF KAREN QUINLAN.

November 17, 1975. Certification to Superior Court, Chancery Division is granted. (See 137 *N. J. Super.* 227).

JOHN F. INGANAMORT v. BOROUGH OF FORT LEE.

January 20, 1976. Certification to Superior Court, Law Division is granted.

UNITED RENTAL EQUIPMENT COMPANY, INC. v. ST. PAUL FIRE & MARINE INSURANCE COMPANY.

January 20, 1976. Certification to Superior Court, Law Division is granted.

PEOPLES NATIONAL BANK v. JOHN B. FOWLER, JR.

September 16, 1975. Motion for reconsideration is granted; and the petitions for certification are granted.

IN THE MATTER OF THE APPLICATION TO QUASH SUBPOENA DUCES TECUM OF THE ATTORNEY GENERAL.

December 10, 1975. Motion for leave to appeal is granted and the Appellate Division is summarily reversed; and it is further ORDERED that the Assignment Judge is directed to reassign the within matter for hearing on the motion to quash the subpoena duces tecum.